HUDSON v. FLAMINGO'S, INC.

No. 52P96

Case below: 121 N.C.App. 396

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

JOHNSON v. FRIENDS OF WEYMOUTH, INC.

No. 479P95

Case below: 120 N.C.App. 255

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

METROMONT MATERIALS CORP. v. R.B.R. & S.T.

No. 532P95

Case below: 120 N.C.App. 616

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

NAEGELE OUTDOOR ADVERTISING, INC. v. HUNT

No. 39P96

Case below: 121 N.C.App. 205

Petition by respondent (Hunt) for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

N.C. DEPT. OF CORRECTION v. MYERS

No. 489P95

Case below: 120 N.C.App. 437

Petition by respondent (Myers) for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.